No. 22-10077

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

U.S. NAVY SEALS 1-26; U.S. NAVY SPECIAL WARFARE COMBATANT CRAFT CREWMEN 1-5; U.S. NAVY EXPLOSIVE ORDNANCE DISPOSAL TECHNICIAN 1; U.S. NAVY DIVERS 1-3,

*Plaintiffs-Appellees*,

v.

JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America; LLOYD AUSTIN, Secretary, U.S. Department of Defense, Individually and in his Official Capacity as United States Secretary of Defense; UNITED STATES DEPARTMENT OF DEFENSE; CARLOS DEL TORO, Individually and in his Official Capacity as United States Secretary of the Navy,

*Defendants-Appellants*.

**APPELLANTS' MOTION FOR LEAVE TO FILE REPLY TO APPELLEES' OPPOSITION TO APPELLANTS' EMERGENCY MOTION FOR A PARTIAL STAY PENDING APPEAL**

BRIAN M. BOYNTON
  *Principal Deputy Assistant Attorney General*

CHAD E. MEACHAM
  *Acting United States Attorney*

SARAH E. HARRINGTON
  *Deputy Assistant Attorney General*

MARLEIGH D. DOVER
CHARLES W. SCARBOROUGH
LOWELL V. STURGILL JR.
SARAH CARROLL
CASEN B. ROSS
  *Attorneys, Appellate Staff*
  *Civil Division*
  *U.S. Department of Justice*
  *950 Pennsylvania Ave., NW*
  *Washington, DC 20530*
  *202-514-4027*

Defendants-appellants respectfully request this Court to allow defendants-appellants to file a reply to plaintiffs-appellees' opposition to defendants-appellants' emergency motion for a partial stay pending appeal.

Defendants-appellants filed their emergency stay motion on February 16, 2022, requesting a ruling on the motion by March 2, 2022. Pursuant to the Court's direction, plaintiffs-appellees filed an opposition to the motion at or about 5 p.m. last night, February 21, 2022.

Plaintiffs-appellees' opposition raises several new arguments regarding which we believe the Court would benefit from a response. Accordingly, we respectfully request that the Court allow defendants-appellants to file a reply to that opposition by tomorrow, February 23, 2022.

Counsel for plaintiffs-appellees have authorized us to represent that plaintiffs-appellees are unopposed to this motion.

## CONCLUSION

For the foregoing reasons, defendants-appellants respectfully request this Court to allow defendants-appellants to file a reply to plaintiffs-appellees' opposition to defendants-appellants' emergency motion for a partial stay pending appeal by Wednesday, February 23.

Respectfully submitted,

BRIAN M. BOYNTON
  *Principal Deputy Assistant Attorney General*

CHAD E. MEACHAM
  *Acting United States Attorney*

SARAH E. HARRINGTON
  *Deputy Assistant Attorney General*

MARLEIGH D. DOVER
CHARLES W. SCARBOROUGH
  /s/ *Lowell V. Sturgill Jr.*
LOWELL V. STURGILL JR.
SARAH CARROLL
CASEN B. ROSS
  *Attorneys, Appellate Staff*
  *Civil Division*
  *U.S. Department of Justice*
  *950 Pennsylvania Ave., NW*
  *Washington, DC 20530*
  *202-514-3427*

FEBRUARY 2022

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the requirements of Federal Rule of Appellate Procedure 27(d) because it has been prepared in 14-point Garamond, a proportionally spaced font. I further certify that this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2) because it contains 154 words according to the count of Microsoft Word.

                                                */s/ Lowell V. Sturgill Jr.*
                                                LOWELL V. STURGILL JR.
                                                Counsel for Appellants

## CERTIFICATE OF SERVICE

I hereby certify that, on February 22, 2022, I electronically filed the foregoing motion with the Clerk of the Court by using the appellate CM/ECF system. I further certify that the participants in the case are CM/ECF users and that service will be accomplished by using the appellate CM/ECF system.

                                                 */s/ Lowell V. Sturgill Jr.*
                                                 LOWELL V. STURGILL JR.
                                                 Counsel for Appellants