# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 07, 2022

Mr. Michael Berry
First Liberty Institute
2001 W. Plano Parkway
Suite 1600
Plano, TX 75075

Mr. Justin E. Butterfield
First Liberty Institute
2001 W. Plano Parkway
Suite 1600
Plano, TX 75075

Ms. Sarah Wendy Carroll
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Room 7511
Washington, DC 20530

Ms. Marleigh D. Dover
U.S. Department of Justice
Civil Division
1100 L Street, N.W.
Poc Agostinho, Jean
Washington, DC 20530

Mr. David J. Hacker
First Liberty Institute
2001 W. Plano Parkway
Suite 1600
Plano, TX 75075

Ms. Heather Gebelin Hacker
Hacker Stephens, L.L.P.
108 Wild Basin Road, S.
Suite 250
Austin, TX 78746

Mr. Jeffrey Carl Mateer
First Liberty Institute

2001 W. Plano Parkway  
Suite 1600  
Plano, TX 75075

Mr. Jordan E Pratt  
First Liberty Institute  
227 Pennsylvania Avenue, S.E.  
Washington, DC 20003

Ms. Holly Mischelle Randall  
First Liberty Institute  
2001 W. Plano Parkway  
Suite 1600  
Plano, TX 75075

Mr. Franklin D. Rosenblatt  
Mississippi College  
School of Law  
151 E. Griffith Street  
Jackson, MS 39201-0000

Mr. Casen Ross  
U.S. Department of Justice  
Civil Division, Appellate Section  
950 Pennsylvania Avenue, N.W.  
Roon 7270  
Washington, DC 20530

Mr. Hiram Stanley Sasser III  
First Liberty Institute  
2001 W. Plano Parkway  
Suite 1600  
Plano, TX 75075

Mr. Charles Wylie Scarborough  
U.S. Department of Justice  
Civil Division, Appellate Section  
950 Pennsylvania Avenue, N.W.  
Room 7244  
Washington, DC 20530

Mr. Kelly J. Shackelford  
First Liberty Institute  
2001 W. Plano Parkway  
Suite 1600  
Plano, TX 75075

Mr. Andrew Bowman Stephens  
Hacker Stephens, L.L.P.  
108 Wild Basin Road, S.  
Suite 250

Austin, TX 78746

Mr. Lowell V. Sturgill Jr.
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Room 7241
Washington, DC 20530

Ms. Zoie Williams
U.S. District Court, Northern District of Texas
501 W. 10th Street
Fort Worth, TX 76102

    No. 22-10077 consolidated with 22-10534
        U.S. Navy SEALs 1-26 v. Biden.
            USDC No. 4:21-CV-1236
            USDC No. 4:21-CV-1236

Dear Counsel:

Attached is the consolidated case caption, which should be used on all future filings in this case.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Melissa B. Courseault, Deputy Clerk
                            504-310-7701

Case No. 22-10077

No. 22-10077
consolidated with
No. 22-10534

U.S. Navy SEALs 1-26; U.S. Navy Special Warfare Combatant Craft
Crewmen 1-5; U.S. Navy Explosive Ordnance Disposal Technician 1;
U.S. Navy Divers 1-3,

      Plaintiffs - Appellees

v.

Joseph R. Biden, Jr., in his official capacity as President of
the United States of America; Lloyd Austin, Secretary, U.S.
Department of Defense, individually and in his official capacity
as United States Secretary of Defense; United States Department
of Defense; Carlos Del Toro, individually and in his official
capacity as United States Secretary of the Navy,

      Defendants - Appellants