# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 04, 2023

No. 22-10077   U.S. Navy SEALs 1-26 v. Biden
                USDC No. 4:21-CV-1236
                USDC No. 4:21-CV-1236

Dear Counsel:

The parties are directed to submit supplemental letter briefs by January 13, 2023 addressing the issue of mootness.

Please use the event code "appellant's/appellee's supplemental brief filed" when electronically filing your letter brief.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Shirley M. Engelhardt, Deputy Clerk
                              504-310-7631

cc:
    Mr. Michael Berry
    Mr. Thomas S. Brandon Jr.
    Mr. Justin E. Butterfield
    Mr. Talmadge Butts
    Ms. Sarah Wendy Carroll
    Mr. Matthew James Clark
    Ms. Sarah Jane Clark
    Ms. Deborah Jane Dewart
    Mr. John Allen Eidsmoe
    Mr. David J. Hacker
    Ms. Heather Gebelin Hacker
    Mr. Thomas Franklin Harkins Jr.
    Mr. Jeffrey Carl Mateer
    Mr. Justin Lee Matheny
    Ms. Karen S. Mitchell
    Mr. Daniel Nolan Nightingale
    Mr. Jordan E Pratt
    Ms. Holly Mischelle Randall
    Mr. Franklin D. Rosenblatt
    Mr. Casen Ross

Mr. Hiram Stanley Sasser III
Mr. Charles Wylie Scarborough
Mr. Kelly J. Shackelford
Mr. Ilya Shapiro
Mr. Andrew Bowman Stephens
Mr. Lowell V. Sturgill Jr.
Ms. Zoie Williams
Mr. Jeffrey Scott Wittenbrink
Mr. Frederick R. Yarger