

**U.S. Department of Justice**

Civil Division, Appellate Staff

950 Pennsylvania Ave. NW, Room 7270
Washington, DC 20530

Tel: 202.514.1923

February 17, 2023

**VIA CM/ECF**

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
600 South Maestri Place
New Orleans, LA 70130

RE:     *U.S. Navy SEALs 1-26 v. Biden*, Nos. 22-10077, 22-10534 (5th Cir.)
        Oral Argument held February 6, 2023

Dear Mr. Cayce:

The government writes to notify the Court that on February 15, 2023, the Navy issued U.S. Navy COVID-19 Standardized Operational Guidance 8.0, further implementing the Secretary of Defense's rescission of the August 2021 COVID-19 vaccination requirement for military service members. *See* NAVADMIN 038/23, Ex. A. That Guidance "rescinds … the requirement that all personnel assigned to operational Navy units be fully vaccinated against COVID-19." Ex. A at 1. And the Guidance explicitly provides that "[u]nder no circumstances shall a Commander mandate that any Navy Service member receive the COVID-19 vaccination"; "COVID-19 vaccination status shall not be a consideration in assessing individual service member suitability for deployment or other operational missions." *Id.* at 1-2. This Guidance further confirms that these appeals are moot. As explained in the government's letter brief, the Court should accordingly vacate the preliminary injunctions and dismiss the appeals as moot.

The government also writes in response to plaintiffs' February 13, 2023, letter, which attached the parties' district court filings on mootness, as well as a number of new purported factual materials. These new materials are not properly part of the record on appeal. *See* Fed. R. App. P. 10(a); 5th Cir. R. 30-1 ("Appeals from district courts … are decided on the original record on appeal."). The district court may determine whether to consider these newly submitted materials in deciding whether

the case as a whole is moot, but they are not properly before this Court on review of the preliminary injunctions. Plaintiffs' attempt to inject new materials into these appellate proceedings after oral argument only underscores that the district court should decide in the first instance whether the case as a whole is moot.

Sincerely,

*/s/ Casen B. Ross*
Casen B. Ross
Counsel for the United States

cc:     Counsel of Record (via CM/ECF)

# Ex. A

```
CLASSIFICATION: UNCLASSIFIED//
ROUTINE
R 152142Z FEB 23 MID600052759268U
FM CNO WASHINGTON DC
TO NAVADMIN
INFO SECNAV WASHINGTON DC
CNO WASHINGTON DC
BT
UNCLAS

NAVADMIN 038/23

MSGID/NAVADMIN/CNO WASHINGTON DC/CNO/FEB//

SUBJ/U.S. NAVY COVID-19 STANDARDIZED OPERATIONAL GUIDANCE 8.0//

REF/A/MSG/CNO/191436ZOCT22//
REF/B/MSG/SECNAV/201839ZJAN23//
REF/C/DOC/USD(PR)/30JAN2023//
REF/D/MSG/CNO/041827ZAUG21//
REF/E/OPNAVINST F3100.6K/10AUG21//

NARR/ REF A is NAVADMIN 234/22, U.S. NAVY COVID-19 STANDARDIZED OPERATIONAL
GUIDANCE 7.0.
REF B is ALNAV 009/23 RESCISSION OF COVID-19 VACCINATION REQUIREMENT FOR
MEMBERS OF THE ARMED FORCES.
REF C is USD P&R CONSOLIDATED DEPARTMENT OF DEFENSE CORONAVIRUS DISEASE 2019
FORCE HEALTH PROTECTION GUIDANCE available at
https://www.defense.gov/Spotlights/Coronavirus-DOD-Response/Latest-DOD-
Guidance/ (Select "Health Protection Guidance" tab from the site menu on the
left).
REF D is NAVADMIN 165/21, SOVEREIGN IMMUNITY POLICY.
REF E is OPNAVINST F3100.6K, SPECIAL INCIDENT REPORTING PROCEDURES.
POC/OPNAV/COVID CELL, (703) 571-2822//EMAIL:
OPNAV_COVID_CRISIS_RESPONSE_CELL@US.NAVY.MIL.

RMKS/1. This NAVADMIN provides updated COVID-19 Standardized Operational
Guidance (SOG 8.0), and rescinds and replaces reference (a) in its entirety,
including the requirement that all personnel assigned to operational
Navy units be fully vaccinated against COVID-19. Reference (b) rescinded
the COVID-19 vaccination requirement for Department of the Navy Service
members. Under no circumstances shall a Commander mandate that any Navy
Service member receive the COVID-19 vaccination.

2.  Steady State COVID-19 Posture. Commanders at all levels are directed
to balance operational employment with the health and safety of their
units in accordance with current USD (P&R) Force Health Protection Guidance
(reference (c)). Commanders and medical providers are also encouraged to
consider the COVID-19 Operational Risk Management Matrix for Deployments
(available at https://media.defense.gov/2023/Feb/13/2003160523/-1/-
1/0/BUMED%20NAVY%20COVID-19%20OPERATIONAL%20RISK%20MATRIX.PDF as a tool to
evaluate risks to mission, force, and individuals.

3.  Mission Risk.  Commanders should seek advice from medical providers
regarding medical readiness of personnel to inform deployment and other
operational mission decisions. COVID-19 vaccination status shall not be
a consideration in assessing individual service member suitability for
```

deployment or other operational missions. Commanders retain the authority to implement Health Protection Measures at any time or manner deemed necessary in support of operational safety and effectiveness, and where necessary, to restrict movement of service members in order to comply with host nation quarantine regulations. Geographic Navy Component Commanders (GNCC) will coordinate with country teams and local authorities to identify any host nation requirements related to COVID-19 testing or vaccination status that may restrict or create conditions-based criteria for liberty.

4.   Sovereign Immunity. U.S. Government policy protects the sovereign immunity of warships, naval auxiliaries, and aircraft, including protecting crew information to the maximum extent possible. Within the context of COVID-19, host nations may request or require crew or ship information that exceeds that authorized by U.S. policy or international law.

4.a.   GNCCs will assess and determine in advance any host nation quarantine regulation requirements that may challenge U.S. sovereign immunity policy (see reference (d) for additional guidance). In all cases, GNCCs shall authorize the minimum information necessary to meet operational requirements. The Navy Declaration of Health (NAVMED 6210/3) is the only authorized form for providing health information to foreign officials. If required by the host nation, the GNCC may authorize Commanders to include on the NAVMED 6210/3 or on a separate U.S. generated document accompanying the NAVMED 6210/3 (e.g., Command Letterhead) that their unit is 100% vaccinated, those disembarking have tested negative within the required timeframe, or that those disembarking have received a COVID-19 vaccine booster. GNCC authority to approve these COVID-19 related exceptions to sovereign immunity policy may be delegated no further than the numbered Fleet Commander.

4.b.   Exceptions to Policy (ETP). Where host nation quarantine regulations create requirements outside of the exceptions listed in paragraph 4.a, GNCCs shall determine, in accordance with reference (d), whether such requirements constitute a potential waiver of sovereign immunity. Any action the GNCC determines may constitute a waiver of sovereign immunity must be coordinated with OPNAV N3N5 for approval no later than five days ahead of need. To avoid setting precedence beyond COVID-19, ETPs will be messaged to the host nation as explicitly linked to the pandemic. Requests shall include justification for port selection, host nation mitigation and testing requirements, alternate port options, impact to mission if the request is denied, medical, legal, collection and privacy risk, and feedback from country team coordination. ETP notifications and requests may be sent via record message traffic or to the OPNAV N3N5 Legal and Oceans Policy Advisor.

4.c.   Guidance for Commanders.  Per GNCC direction, Commanders shall comply with domestic and foreign quarantine regulations for port entry and document compliance on NAVMED 6210/3.  Absent GNCC approval in advance, Commanders will not submit to host nation COVID-19 testing nor provide individual or collective medical data, copies of health records, nor any supplementary or locally-demanded health forms, and shall not grant access to ship or crew health records or allow the same to be searched or inspected by host nations. If compelling circumstances require a Commander to acquiesce to additional host nation requirements without obtaining an ETP or GNCC concurrence (e.g., personnel emergency, weather avoidance), report the event and circumstances as soon as practicable to OPNAV N3N5 via the chain of command.

5.  Reporting Procedures.  Individual COVID-19 cases do not need to be
reported. Medical providers shall report pandemic or infectious disease
related medical evacuations, hospitalizations, and deaths via Disease
Reporting System, internet (DRSi). OPREP-3 Navy Blue messages are required
for significant shipboard operational impacts due to pandemic or infectious
disease. Format messages per reference (e).

6.  Released by VADM E. H. Black, III, Deputy Chief of Naval Operations for
Operations, Plans and Strategy, OPNAV N3N5.//

BT
#0001
NNNN
CLASSIFICATION: UNCLASSIFIED//