

**U.S. Department of Justice**

Civil Division, Appellate Staff

950 Pennsylvania Ave. NW, Room 7270
Washington, DC 20530

Tel: 202.514.1923

February 28, 2023

**VIA CM/ECF**

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
600 South Maestri Place
New Orleans, LA 70130

RE:     *U.S. Navy SEALs 1-26 v. Biden*, Nos. 22-10077, 22-10534 (5th Cir.)
        Oral Argument held February 6, 2023

Dear Mr. Cayce:

The government writes to notify the Court of recent developments underscoring that these appeals are moot and the preliminary injunctions should be vacated.

First, the Ninth Circuit in *Short v. Berger*, Nos. 22-15755, 22-16607 (9th Cir. Feb. 24, 2023), Ex. A, and *Dunn v. Austin*, No. 22-15286 (9th Cir. Feb. 27, 2023), Ex. B, dismissed service members' appeals from the denial of preliminary injunctions prohibiting enforcement of the military's COVID-19 vaccination requirement. Two separate panels concluded that the rescission of the vaccination requirement mooted the plaintiffs' preliminary-injunction appeals, Ex. A at 1, Ex. B at 1, vacated the district courts' orders, and remanded for further proceedings, *e.g.*, Ex. A at 1-2 (citing *United States v. Munsingwear, Inc.*, 340 U.S. 36, 39 (1950)).

Second, on February 24, the Deputy Secretary of Defense issued additional guidance implementing the rescission of the vaccination requirement. The guidance emphasizes that the Secretary of Defense's rescission memorandum rendered inoperative "any COVID-19 vaccination requirements or related theater entry requirements and any limitations on deployability of Service members who are not vaccinated against COVID-19." Ex. C at 1. Except to assure compliance with foreign-entry requirements, military commanders cannot "require a Service member or group

of Service members to be vaccinated against COVID-19, nor consider a Service member's COVID-19 immunization status in making deployment, assignment, and other operational decisions, absent establishment of a new immunization requirement" that is "justified by compelling operational needs" and "as narrowly tailored as possible." *Id.*

Third, the same day, the Secretary of the Navy issued guidance on the removal of adverse actions and the handling of religious accommodation requests. Service members who unsuccessfully sought exemptions will have "any adverse information related to their COVID-19 vaccine refusal … removed from the[ir] service record[s]." Ex. D at 1. Pending exemption requests will be closed, and "[s]uch members will remain in service with no adverse action related to the COVID-19 vaccine refusal." *Id.* The Navy will further "ensure" that selection "boards do not consider any adverse information related solely to COVID-19 vaccine refusal in cases in which an accommodation was requested." *Id.* at 1-2.

Sincerely,

*/s/ Casen B. Ross*
Casen B. Ross
Counsel for the United States

cc:    Counsel of Record (via CM/ECF)

Exhibit A

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 24 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THOMAS SHORT,<br><br>                Plaintiff-Appellant,<br><br>  v.<br><br>DAVID BERGER, in his official capacity as Commandant of the United States Marine Corps; CARLOS DEL TORO, in his official capacity as Secretary of the Navy,<br><br>                Defendants-Appellees. | No.   22-15755<br>       22-16607<br><br>D.C. No. 2:22-cv-00444-DJH<br>District of Arizona,<br>Phoenix<br><br>ORDER |

Before:  WARDLAW, LEE, and BUMATAY, Circuit Judges.

Appellant Thomas Short's appeal of the denial of the preliminary injunction,

No. 22-15755, and appeal of the dismissal of the action as duplicative, No. 22-

16607, are **DISMISSED AS MOOT** in light of the January 10, 2023

Memorandum issued by the Secretary of Defense, rescinding the military's

COVID-19 vaccination mandate for all service members, and the January 18, 2023

MARADMIN 025/23 issued by the Marine Corps, formally implementing the

Secretary of Defense's rescission of the COVID-19 vaccination requirement for all

Marine Corps members.

The district court's judgments denying the preliminary injunction and

dismissing the case are **VACATED**.  *See United States v. Munsingwear, Inc.*, 340

U.S. 36, 39 (1950).  The action is **REMANDED** to the district court for further proceedings consistent with this order due to the change in the legal framework governing this case.

**IT IS SO ORDERED.**

Exhibit B

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

FEB 27 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JONATHAN DUNN, Lieutenant Colonel, | No.    22-15286 |
| Plaintiff-Appellant, | D.C. No.<br>2:22-cv-00288-JAM-KJN |
| v. | Eastern District of California,<br>Sacramento |
| LLOYD J. AUSTIN III, US Secretary of<br>Defense; FRANK KENDALL, US Secretary<br>of the Air Force; GREGORY M. HAYNES,<br>Colonel; JEFFREY PENNINGTON, Major<br>General; UNITED STATES<br>DEPARTMENT OF DEFENSE, | ORDER |
| Defendants-Appellees. | |

Before:  W. FLETCHER, BYBEE, and VANDYKE, Circuit Judges.

On January 11, 2023, the government's filing informed the court that the

Secretary of Defense had rescinded the COVID-19 vaccination requirement for all

military service members.  As directed by the court's January 19 order, the parties

filed supplemental briefing addressing whether this case is moot in light of the

government's change in policy.

We dismiss the appeal as moot and vacate the district court's order denying

the preliminary injunction.  The case is remanded to the district court for such further

proceedings as may be appropriate.

**VACATED AND REMANDED.**

Exhibit C



**DEPUTY SECRETARY OF DEFENSE**
**1010 DEFENSE PENTAGON**
**WASHINGTON, DC 20301-1010**

FEB 2 4 2023

MEMORANDUM FOR SENIOR PENTAGON LEADERSHIP
                     COMMANDERS OF THE COMBATANT COMMANDS
                     DEFENSE AGENCY AND DOD FIELD ACTIVITY DIRECTORS

SUBJECT:  Guidance for Implementing Rescission of August 24, 2021 and November 30, 2021
                Coronavirus Disease 2019 Vaccination Requirements for Members of the Armed
                Forces

        In today's rapidly changing global security environment, vaccines continue to play a
critical role in assuring a ready and capable force that is able to rapidly deploy anywhere in the
world on short notice. Department leadership is committed to ensuring the safety of our Service
members and will continue to promote and encourage vaccinations for all Service members
along with continued use of other effective mitigation measures. This includes monitoring
changing public health conditions, relevant data, and geographic risks; and updating policies and
processes as required to maintain the strategic readiness of our forces and our ability to defend
national security interests around the globe.

        This memorandum provides additional guidance to ensure uniform implementation of
Secretary of Defense Memorandum, "Rescission of the August 24, 2021 and November 30, 2021
Coronavirus Disease 2019 Vaccination Requirements for Members of the Armed Forces,"
January 10, 2023 (January 10, 2023 memorandum).

        As required by section 525 of the James M. Inhofe National Defense Authorization Act
for Fiscal Year 2023, the January 10, 2023 memorandum rescinded the August 24, 2021 and
November 30, 2021 Secretary of Defense mandates that members of the Armed Forces be
vaccinated against the coronavirus disease 2019 (COVID-19) and thereby also rendered all DoD
Component policies, directives, and guidance implementing those vaccination mandates as no
longer in effect as of January 10, 2023. These include, but are not limited to, any COVID-19
vaccination requirements or related theater entry requirements and any limitations on
deployability of Service members who are not vaccinated against COVID-19.

        DoD Component policies, directives, and guidance have not been operative since the
January 10, 2023 memorandum was issued, regardless of the status of the DoD Component
conforming guidance. DoD Component heads shall formally rescind any such policies,
directives, and guidance as soon as possible, if they have not done so already. DoD Component
heads shall certify to the Under Secretary of Defense for Personnel and Readiness in writing that
these actions have been completed no later than March 17, 2023.

        The January 10, 2023 memorandum recognizes that other standing Departmental policies,
procedures, and processes regarding immunizations remain in effect, including the ability of
commanders to consider, as appropriate, the individual immunization status of personnel in
making deployment, assignment, and other operational decisions, such as when vaccination is



required for travel to, or entry into, a foreign nation. This continues to be the case, in accordance with the guidance below.

The Department's Foreign Clearance Guide will be updated to reflect that DoD personnel must continue to respect any applicable foreign nation vaccination entry requirements, including those for COVID-19. Other than to comply with DoD Foreign Clearance Guidance, DoD Component heads and commanders will not require a Service member or group of Service members to be vaccinated against COVID-19, nor consider a Service member's COVID-19 immunization status in making deployment, assignment, and other operational decisions, absent establishment of a new immunization requirement in accordance with the process described below. It is my expectation that any requests to the Assistant Secretary of Defense for Health Affairs (ASD(HA)) for approval to initiate mandatory immunizations of personnel against COVID-19 will be made judiciously and only when justified by compelling operational needs and will be as narrowly tailored as possible.

Department of Defense Instruction (DoDI) 6205.02, "DoD Immunization Program," July 23, 2019, will be updated as follows to establish a process requiring the Secretary of a Military Department, the Director of a Defense Agency or DoD Field Activity that operates medical clinics, or the Commandant of the Coast Guard, to submit a request for approval to initiate, modify, or terminate mandatory immunizations of personnel. Effective immediately, I direct the following action:

Paragraph 2.11. of DoDI 6205.02 is revised by adding a new subsection g., which will read:

"Submit requests to the ASD(HA) for approval to initiate, modify, or terminate mandatory immunizations of personnel and voluntary immunizations of other eligible beneficiaries determined to be at risk from the effects of deliberately released biological agents or naturally occurring infectious diseases of military or national importance."

The Commander of a Combatant Command must submit a request for approval to initiate, modify, or terminate mandatory immunizations of personnel through the Joint Staff, consistent with existing processes specified in DoDI 6205.02.

The Director of Administration and Management will make the revision directed above as a conforming change to the version of DoDI 6205.02 published on the DoD Issuances website.

Exhibit D



FEB 24 2023

MEMORANDUM FOR COMMANDANT OF THE MARINE CORPS
CHIEF OF NAVAL OPERATIONS
ASSISTANT SECRETARIES OF THE NAVY
GENERAL COUNSEL OF THE NAVY
JUDGE ADVOCATE GENERAL OF THE NAVY

SUBJECT: Department of the Navy Actions to Implement Coronavirus Disease 2019 Vaccine
Rescission

Reference: (a) Secretary of Defense Memorandum, "Rescission of August 24, 2021 and
November 30, 2021 Coronavirus Disease 2019 Vaccination Requirements for
Members of the Armed Forces"
(b) ALNAV 009/23, "Rescission of COVID-19 Vaccination Requirement for
Members of the Armed Forces", January 20, 2023

On 10 January 2023, Secretary of Defense (SECDEF) rescinded the COVID-19 vaccine
mandate across the Department of Defense in reference (a). Accordingly, I am canceling all
COVID-19 vaccine mandates directed by subordinate echelons of command within the
Department of the Navy as of that same date. Further, in reference (b), you were directed to
cease separating Sailors or Marines for refusal to receive the COVID-19 vaccination if those
members had sought accommodation for religious, medical, or administrative reasons.

For those currently serving Sailors or Marines who previously submitted an
accommodation request or appeal solely for exemption from the COVID-19 vaccine, you will
consider those requests or appeals closed and return them without action. Such members will
remain in service with no adverse action related to the COVID-19 vaccine refusal. For those
religious accommodation requests that seek relief from the COVID-19 vaccine in addition to
other mandatory vaccines, you will return those requests to the Sailor or Marine and engage with
that member to ensure the remaining issues are properly focused and to determine how to
proceed. These Sailors and Marines have the option to withdraw their religious accommodation
request, or the appeal of that request if previously denied, or submit additional information that
might support their request, but they are not required to do so. Requests that have been
substantially processed may continue to be processed in those instances in which the Sailor or
Marine's remaining issues are clearly understood and ready for resolution, or you may return the
request to an earlier stage of the review for further effort to resolve the Sailor or Marine's
request, at your discretion.

You will ensure the review of the records of all currently serving Service Members who
sought and were subsequently denied an exemption from the COVID-19 vaccination. The
service records for those Sailors and Marines so identified shall be reviewed and any adverse
information related to their COVID-19 vaccine refusal shall be removed from the service record.
All additional records corrections, including those for members who were denied an exemption
and were discharged, may be reviewed, at the request of such members or veterans, if he or she
chooses to petition the Board for Correction of Naval Records. You are hereby directed to

Case: 22-10077    Document: 290    Page: 12    Date Filed: 02/28/2023

SUBJECT: Department of the Navy Actions to Implement Coronavirus Disease 2019 Vaccine Rescission

modify future selection board convening orders and precepts to include language ensuring the boards do not consider any adverse information related solely to COVID-19 vaccine refusal in cases in which an accommodation was requested.

   The Department of the Navy remains committed to protecting our people. I expect you to clearly communicate the processes and procedures of this memorandum and references (a) and (b) to your Sailors and Marines, and provide any necessary amplifying guidance. The Commandant of the Marine Corps and the Chief of Naval Operations will report back to me within 30 days of the date of this memorandum to provide the process, timeline and status of your reviews.

Carlos Del Toro

cc:
ACMC
VCNO
DUSN
AUDGEN
CHINFO
DMCS
DNS
JAG
DON CIO
NAVIG
NCIS
OCMO
OLA
OSBP
Echelon 1 and 2 commands

Case: 22-10077    Document: 290    Page: 13    Date Filed: 02/28/2023