HACKERSTEPHENS LLP

HEATHER GEBELIN HACKER  (512) 399-3022
Partner  Heather@HackerStephens.com

March 10, 2023

Lyle W. Cayce, Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130-3408

**Via ECF**

Re: *U.S. Navy SEALs 1-26 v. Biden*, No. 22-10077 consolidated with 22-10534

Dear Mr. Cayce,

Pursuant to Federal Rule of Appellate Procedure 28(j), Plaintiffs-Appellees submit this response to Defendants-Appellants' letter dated February 28. Defendants cite Ninth Circuit orders in cases involving single servicemembers. But the *Dunn* plaintiff agreed his appeal was moot,[1] and the *Short* plaintiff is part of the Marine class that still has an injunction.[2] Plaintiffs are unaware of any dismissals of classwide appeals.

Despite the February 24 guidance, it appears that the Navy will still consider vaccination status in assessing mission risk. In a new policy, NAVADMIN 038/23, under "*Steady State* COVID-19 Posture," the Navy encourages use of an Operational Risk Management Matrix for Deployment. Ex. A at ¶ 2 (emphasis added).[3] That matrix explicitly considers vaccination status of sailors. Ex. B at 3, 4. And while NAVADMIN 038/23 states that vaccination status will not be used, it also states that "Commanders should seek advice from medical providers regarding medical readiness of personnel to inform deployment and other operational mission decisions." Ex. A at ¶ 3. The January 10 memorandum discusses COVID-19 vaccination as part of readiness. And Admiral Lescher testified that "medical readiness" includes COVID-19 vaccination. ROA.5892.

---

[1] Appellant's Supp. Br., *Dunn v. Austin*, No. 22-15286 (9th Cir. Feb. 21, 2023), ECF No. 69.
[2] *Colonel Fin. Mgmt. Officer v. Austin*, No. 8:22-CV-1275-SDM-TGW, 2022 WL 3643512 (M.D. Fla. Aug. 18, 2022).
[3] The term "steady state" assumes that COVID-19 risk remains the same.

*U.S. Navy SEALs 1-26 v. Biden*, No. 22-10077 consolidated with 22-10534
Page 2

As for the second policy submitted by Defendants, as Plaintiffs recently noted in a filing below, a newer policy states that review of records for what *the Navy* deems "adverse" is *ongoing* and evidence shows there is still adverse information in class members' files. Dkt. 235 at 5.

Further briefing on mootness has been filed below since Plaintiffs' last filing here. Defendants filed a reply brief and appendix on February 21 (Dkt. 226, 227), additional policies on February 28 and March 7 (Dkt. 230, 233), and Plaintiffs filed a surreply and appendix March 8 (Dkt. 235, 236). The district court temporarily stayed the case pending a decision on mootness except for court-ordered mediation on March 23 (Dkt. 234).

    Respectfully submitted.

    /s/Heather Gebelin Hacker
    Heather Gebelin Hacker
    Counsel for Plaintiffs-Appellees

cc: All counsel of record via ECF

# EXHIBIT A

```
CLASSIFICATION: UNCLASSIFIED//
ROUTINE
R 152142Z FEB 23 MID600052759268U
FM CNO WASHINGTON DC
TO NAVADMIN
INFO SECNAV WASHINGTON DC
CNO WASHINGTON DC
BT
UNCLAS

NAVADMIN 038/23

MSGID/NAVADMIN/CNO WASHINGTON DC/CNO/FEB//

SUBJ/U.S. NAVY COVID-19 STANDARDIZED OPERATIONAL GUIDANCE 8.0//

REF/A/MSG/CNO/191436ZOCT22//
REF/B/MSG/SECNAV/201839ZJAN23//
REF/C/DOC/USD(PR)/30JAN2023//
REF/D/MSG/CNO/041827ZAUG21//
REF/E/OPNAVINST F3100.6K/10AUG21//

NARR/ REF A is NAVADMIN 234/22, U.S. NAVY COVID-19 STANDARDIZED OPERATIONAL
GUIDANCE 7.0.
REF B is ALNAV 009/23 RESCISSION OF COVID-19 VACCINATION REQUIREMENT FOR
MEMBERS OF THE ARMED FORCES.
REF C is USD P&R CONSOLIDATED DEPARTMENT OF DEFENSE CORONAVIRUS DISEASE 2019
FORCE HEALTH PROTECTION GUIDANCE available at
https://www.defense.gov/Spotlights/Coronavirus-DOD-Response/Latest-DOD-
Guidance/ (Select "Health Protection Guidance" tab from the site menu on the
left).
REF D is NAVADMIN 165/21, SOVEREIGN IMMUNITY POLICY.
REF E is OPNAVINST F3100.6K, SPECIAL INCIDENT REPORTING PROCEDURES.
POC/OPNAV/COVID CELL, (703) 571-2822//EMAIL:
OPNAV_COVID_CRISIS_RESPONSE_CELL@US.NAVY.MIL.

RMKS/1. This NAVADMIN provides updated COVID-19 Standardized Operational
Guidance (SOG 8.0), and rescinds and replaces reference (a) in its entirety,
including the requirement that all personnel assigned to operational
Navy units be fully vaccinated against COVID-19. Reference (b) rescinded
the COVID-19 vaccination requirement for Department of the Navy Service
members. Under no circumstances shall a Commander mandate that any Navy
Service member receive the COVID-19 vaccination.

2.   Steady State COVID-19 Posture. Commanders at all levels are directed
to balance operational employment with the health and safety of their
units in accordance with current USD (P&R) Force Health Protection Guidance
(reference (c)). Commanders and medical providers are also encouraged to
consider the COVID-19 Operational Risk Management Matrix for Deployments
(available at https://media.defense.gov/2023/Feb/13/2003160523/-1/-
1/0/BUMED%20NAVY%20COVID-19%20OPERATIONAL%20RISK%20MATRIX.PDF as a tool to
evaluate risks to mission, force, and individuals.

3.   Mission Risk.  Commanders should seek advice from medical providers
regarding medical readiness of personnel to inform deployment and other
operational mission decisions. COVID-19 vaccination status shall not be
a consideration in assessing individual service member suitability for
deployment or other operational missions. Commanders retain the authority
to implement Health Protection Measures at any time or manner deemed
necessary in support of operational safety and effectiveness, and where
necessary, to restrict movement of service members in order to comply with
host nation quarantine regulations. Geographic Navy Component Commanders
(GNCC) will coordinate with country teams and local authorities to
identify any host nation requirements related to COVID-19 testing
```

or vaccination status that may restrict or create conditions-based criteria for liberty.

4. Sovereign Immunity. U.S. Government policy protects the sovereign immunity of warships, naval auxiliaries, and aircraft, including protecting crew information to the maximum extent possible. Within the context of COVID-19, host nations may request or require crew or ship information that exceeds that authorized by U.S. policy or international law.

4.a. GNCCs will assess and determine in advance any host nation quarantine regulation requirements that may challenge U.S. sovereign immunity policy (see reference (d) for additional guidance). In all cases, GNCCs shall authorize the minimum information necessary to meet operational requirements. The Navy Declaration of Health (NAVMED 6210/3) is the only authorized form for providing health information to foreign officials. If required by the host nation, the GNCC may authorize Commanders to include on the NAVMED 6210/3 or on a separate U.S. generated document accompanying the NAVMED 6210/3 (e.g., Command Letterhead) that their unit is 100% vaccinated, those disembarking have tested negative within the required timeframe, or that those disembarking have received a COVID-19 vaccine booster. GNCC authority to approve these COVID-19 related exceptions to sovereign immunity policy may be delegated no further than the numbered Fleet Commander.

4.b. Exceptions to Policy (ETP). Where host nation quarantine regulations create requirements outside of the exceptions listed in paragraph 4.a, GNCCs shall determine, in accordance with reference (d), whether such requirements constitute a potential waiver of sovereign immunity. Any action the GNCC determines may constitute a waiver of sovereign immunity must be coordinated with OPNAV N3N5 for approval no later than five days ahead of need. To avoid setting precedence beyond COVID-19, ETPs will be messaged to the host nation as explicitly linked to the pandemic. Requests shall include justification for port selection, host nation mitigation and testing requirements, alternate port options, impact to mission if the request is denied, medical, legal, collection and privacy risk, and feedback from country team coordination. ETP notifications and requests may be sent via record message traffic or to the OPNAV N3N5 Legal and Oceans Policy Advisor.

4.c. Guidance for Commanders. Per GNCC direction, Commanders shall comply with domestic and foreign quarantine regulations for port entry and document compliance on NAVMED 6210/3. Absent GNCC approval in advance, Commanders will not submit to host nation COVID-19 testing nor provide individual or collective medical data, copies of health records, nor any supplementary or locally-demanded health forms, and shall not grant access to ship or crew health records or allow the same to be searched or inspected by host nations. If compelling circumstances require a Commander to acquiesce to additional host nation requirements without obtaining an ETP or GNCC concurrence (e.g., personnel emergency, weather avoidance), report the event and circumstances as soon as practicable to OPNAV N3N5 via the chain of command.

5. Reporting Procedures. Individual COVID-19 cases do not need to be reported. Medical providers shall report pandemic or infectious disease related medical evacuations, hospitalizations, and deaths via Disease Reporting System, internet (DRSi). OPREP-3 Navy Blue messages are required for significant shipboard operational impacts due to pandemic or infectious disease. Format messages per reference (e).

6. Released by VADM E. H. Black, III, Deputy Chief of Naval Operations for Operations, Plans and Strategy, OPNAV N3N5.//

BT
#0001
NNNN
CLASSIFICATION: UNCLASSIFIED//

# EXHIBIT B



# Navy COVID-19 Operational Risk Management Matrix for Deployments

Peter Seguin

CDR MC USN

BUMED N44

(703)681-9474

peter.g.seguin.mil@health.mil

MEDICAL POWER FOR NAVAL SUPERIORITY



# Assumptions

- This tool when, used in consultation with unit Medical Providers, can inform Commanders of the COVID-19 risk to mission
- This matrix is intended to inform decision making, not to direct measures upon a Command or force a Commander's decision
- There may be additional risk factors not contained in the matrix that can impact operational risk.
- The risk factors should be periodically reviewed as COVID-19 variants and other circumstances change

# Navy COVID-19 Operational Risk Management Matrix for Deployments



Purpose: This matrix aims to reduce the risk of mission impact due to one or more cases of moderate/severe COVID-19 disease in a deployed service member where the organic medical team cannot provide adequate medical management

| RISK FACTORS* | RTM | RTF | RTI | GREEN (0 POINTS) | YELLOW (1 POINT) | RED (2 POINTS) |
|---|---|---|---|---|---|---|
| Age of Any Unvaccinated Personnel | | | X | | 18-29 yrs | 30+ yrs |
| Medical Conditions | | | X | 0 | 1 | 2+ |
| Number of Unvaccinated Personnel | X | X | | 1-10 | 11-49 | 50+ |
| Percent of Crew Unvaccinated | X | X | | <10% | 10-29% | 30%+ |
| Mission Essential Personnel Unvaccinated | X | | | No | | Yes |
| Masking for Unvaccinated Personnel | X | X | | Yes/N95/KN95 | Intermittent | No |
| Austere Location | X | | X | No | Yes, MEDEVAC within 1 day | Yes, MEDEVAC within 2 days |
| Congregate Setting | X | X | X | No | Intermittent | Yes |
| Unit Medical Officer | X | X | X | Yes | MO Nearby | No |
| Foreign Nation Provides Near US Standard of Care | | | X | Yes | Within 24 hours | No |
| Liberty with Elevated COVID-19 Risk | | X | X | Low | Medium | High |
| Severity of Currently Circulating Variant | X | X | X | Low | Medium | High |
| Risk to MEDEVAC Crew | | X | | Low | Medium | High |

*Leaders may emphasize specific risk factor(s) that increase risk to mission based on the deployed environment and crew characteristic

Risk to Mission (RTM)
Risk to Force (RTF)
Risk to Individual (RTI)

LOW RISK TO MISSION <7 POINTS
MEDIUM RISK TO MISSION 7-11 POINTS
HIGH RISK TO MISSION 12+ POINTS



# Operational Risk Management Matrix for Deployments

| RISK FACTORS* | RTM | RTF | RTI | GREEN (0 POINTS) | YELLOW (1 POINT) | RED (2 POINTS) |
|---|---|---|---|---|---|---|
| Age of Any Unvaccinated Personnel | | | X | | 18-29 yrs | 30+ yrs |
| Medical Conditions | | | X | 0 | 1 | 2+ |
| Number of Unvaccinated Personnel | X | X | | 1-10 | 11-49 | 50+ |
| Percent of Crew Unvaccinated | X | X | | <10% | 10-29% | 30%+ |
| Mission Essential Personnel Unvaccinated | X | | | No | | Yes |
| Masking for Unvaccinated Personnel | X | X | | Yes/N95/KN95 | Intermittent | No |
| Austere Location | X | | X | No | Yes, MEDEVAC within 1 day | Yes, MEDEVAC within 2 days |
| Congregate Setting | X | X | X | No | Intermittent | Yes |
| Unit Medical Officer | X | X | X | Yes | MO Nearby | No |
| Foreign Nation Provides Near US Standard of Care | | | X | Yes | Within 24 hours | No |
| Liberty with Elevated COVID-19 Risk | | X | X | Low | Medium | High |
| Severity of Currently Circulating Variant | X | X | X | Low | Medium | High |
| Risk to MEDEVAC Crew | | X | | Low | Medium | High |

LOW RISK TO MISSION <7 POINTS
MEDIUM RISK TO MISSION 7-11 POINTS
HIGH RISK TO MISSION 12+ POINTS

## Steps

1. Calculate risk to mission points by evaluating the deployment risk factors based on crew characteristics and the deployed environment and location(s)
2. Based on the risk to mission determination (low/medium/high) consider and implement measures to decrease the risk of moderate/severe COVID-19 case(s) causing mission impact



# Measures to Decrease Risk

1) Masking/additional HPM during a shipboard outbreak
2) Strict N95 use (masking) for first +/-10 days underway if embarking from an area with high community transmission
3) Testing all crew/pax prior to deployment
4) ROM for all crew/pax prior to a deployment
5) Units deploy with COVID-19 vaccine doses (if possible)
6) Units deploy with anti-viral medications (if possible)

# Example Deployment Scenario:
# USS Nimitz (CVN 68, crew 5,000) deploys with 80 unvaccinated junior Sailors to RIMPAC



| RISK FACTORS* | RTM | RTF | RTI | GREEN (0 POINTS) | YELLOW (1 POINT) | RED (2 POINTS) |
|---|---|---|---|---|---|---|
| Age of Any Unvaccinated Personnel | | | X | | **18-29 yrs** | 30+ yrs |
| Medical Conditions | | | X | 0 | 1 | **2+** |
| Number of Unvaccinated Personnel | X | X | | 1-10 | 11-49 | **50+** |
| Percent of Crew Unvaccinated | X | X | | **<10%** | 10-29% | 30%+ |
| Mission Essential Personnel Unvaccinated | X | | | **No** | | Yes |
| Masking for Unvaccinated Personnel | X | X | | Yes/N95/KN95 | **Intermittent** | No |
| Austere Location | X | | X | No | **Yes, MEDEVAC within 1 day** | Yes, MEDEVAC within 2 days |
| Congregate Setting | X | X | X | No | Intermittent | **Yes** |
| Unit Medical Officer | X | X | X | **Yes** | MO Nearby | No |
| Foreign Nation Provides Near US Standard of Care | | | X | Yes | **Within 24 hours** | No |
| Liberty with Elevated COVID-19 Risk | | X | X | **Low** | Medium | High |
| Severity of Currently Circulating Variant | X | X | X | **Low** | Medium | High |
| Risk to MEDEVAC Crew | | X | | **Low** | Medium | High |

LOW RISK TO MISSION <7 POINTS
**MEDIUM RISK TO MISSION 7-11 POINTS**
HIGH RISK TO MISSION 12+ POINTS

**Score:** 10 Points = Medium Risk to Mission

**Action:** 1) Implement Measures to Decrease Risk (OR)
2) Accept Risk (based on Risk Tolerance and as advised by Medical Providers)