# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
July 6, 2023
Lyle W. Cayce
Clerk

No. 22-10077
CONSOLIDATED WITH
No. 22-10534

---

U.S. NAVY SEALS 1-26; U.S. NAVY SPECIAL WARFARE
COMBATANT CRAFT CREWMEN 1-5; U.S. NAVY EXPLOSIVE
ORDNANCE DISPOSAL TECHNICIAN 1; U.S. NAVY DIVERS 1-3,

*Plaintiffs—Appellees,*

*versus*

JOSEPH R. BIDEN, JR., *in his official capacity as President of the United States of America*; LLOYD AUSTIN, *Secretary, U.S. Department of Defense, individually and in his official capacity as United States Secretary of Defense*; UNITED STATES DEPARTMENT OF DEFENSE; CARLOS DEL TORO, *individually and in his official capacity as United States Secretary of the Navy,*

*Defendants—Appellants.*

---

Appeals from the United States District Court
for the Northern District of Texas
USDC No. 4:21-CV-1236

---

Before GRAVES, HO, and DUNCAN, *Circuit Judges.*

JUDGMENT

No. 22-10077
c/w No. 22-10534

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the appeal is DISMISSED as moot and REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

JAMES E. GRAVES, JR., *Circuit Judge*, concurring in part and dissenting in part.

JAMES C. HO, *Circuit Judge*, dissenting.



Certified as a true copy and issued
as the mandate on Aug 28, 2023

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit