# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

August 28, 2023

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

No. 22-10077 consolidated with 22-10534
U.S. Navy SEALs 1-26 v. Biden
USDC No. 4:21-CV-1236
USDC No. 4:21-CV-1236

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Melissa B. Courseault, Deputy Clerk
504-310-7701

cc:
    Mr. Michael Berry
    Mr. Thomas S. Brandon Jr.
    Mr. Justin E. Butterfield
    Mr. Talmadge Butts
    Ms. Sarah Wendy Carroll
    Mr. Matthew James Clark
    Ms. Sarah Jane Clark
    Ms. Deborah Jane Dewart
    Mr. John Allen Eidsmoe
    Mr. David J. Hacker
    Ms. Heather Gebelin Hacker
    Mr. Thomas Franklin Harkins Jr.
    Mr. Jeffrey Carl Mateer
    Mr. Justin Lee Matheny

Mr. Daniel Nolan Nightingale
Ms. Holly Mischelle Randall
Mr. Franklin D. Rosenblatt
Mr. Casen Ross
Mr. Hiram Stanley Sasser III
Mr. Charles Wylie Scarborough
Mr. Kelly J. Shackelford
Mr. Ilya Shapiro
Mr. Andrew Bowman Stephens
Mr. Lowell V. Sturgill Jr.
Mr. Jeffrey Scott Wittenbrink
Mr. Frederick R. Yarger